IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MARSHAL MARSHALL,<br><br>  Defendant. | 4:18CR3013<br><br>ORDER |

The court has reviewed Defendant's motion for release. Defendant proposes release to live with his brother, a condition of release not available for the court's consideration at the time of Defendant's detention hearing.

However, based on the evidence presented at the detention hearing, specifically to include Defendant's refusal to comply with protective orders and the admonitions of law enforcement, and the escalation in his alleged behavior when challenged by law enforcement and others, the court finds Defendant's release poses a risk of harm that is not sufficiently ameliorated by the conditions of release proposed in his motion.

Accordingly,

IT IS ORDERED that Defendant's motion for release, (Filing No. 17), is denied.

February 12, 2018.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge