IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3013 |
| vs. | |
| MARSHAL MARSHALL, | ORDER |
| Defendant. | |

IT IS ORDERED:

1) The motion of Jessica Milburn to withdraw as counsel of record for Defendant, (Filing No. 35), is granted.

2) Defendant's newly retained counsel, Carlos Monzon, shall promptly notify Defendant of the entry of this order.

3) The clerk shall delete Jessica Milburn from any future ECF notifications herein.

April 15, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge