## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **4:18CR3013** |
| vs. | |
| MARSHAL MARSHALL, | **ORDER** |
| Defendant. | |

The defendant has requested court appointed counsel and Court finds he is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED:

1) Jon Braaten is appointed to represent Defendant Marshal Marshall.

2) The clerk shall forward this memorandum and order to the Federal Public Defender.

3) Mr. Braaten shall promptly file an entry of appearance on behalf of Defendant Marshal, and shall promptly meet with Defendant to begin that representation.

October 23, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge