IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> vs. <br><br> MARSHAL MARSHALL and NATHAN STILMOCK, <br><br> Defendants. | 4:18CR3013 <br><br> ORDER |

After conferring with counsel for both defendants and with the defendant Marshall,[1]

IT IS ORDERED:

1) The trial of this case is set to commence before the Honorable Richard G. Kopf, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on January 28, 2019, or as soon thereafter as the case may be called, for a duration of five (5) trial days. Jury selection will be held at commencement of trial.

2) Pretrial motions must be filed on or before December 28, 2018.

3) The court finds, and Defendant Marshall agrees, that the time between today's date and January 28, 2019 is excluded under the Speedy Trial Act because although counsel have been diligent, additional time is needed to adequately review this case and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

November 6, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] Defendant Stilmock waived his right to attend today's hearing.