IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:18CR3013 |
| | ) | |
| V. | ) | |
| | ) | |
| MARSHAL MARSHALL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

After de novo review, and specifically after considering the attachment to the Appeal (filing no. 118 at CM/ECF pp. 4-7),

IT IS ORDERED that the appeal (filing no. 118) is denied.

DATED this 11th day of February, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge