IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:18CR3013 |
| V. | ) | |
| MARSHAL MARSHALL, | ) | ORDER |
| Defendant. | ) | |

I am in receipt the report from the Federal Medical Center regarding the defendant. Accordingly,

IT IS ORDERED that:

1. The Clerk shall file the report, which I transmit separately, as a sealed document.

2. The Clerk shall provide copies to counsel for the government, counsel for the defendant and to USPO Jennifer M. Reynolds. The copies may be provided by e-mail.

3. Counsel, after conferring with Ms. Reynolds, shall advise me by e-mail as to the further progression of this matter. Due to the illness of my assistant, counsel shall e-mail me at Richard_Kopf@ned.uscourts.gov. This shall be done no later than Wednesday, July 10, 2019.

DATED this 28th day of June, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge