IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:18CR3013 |
| v. | ) | |
| MARSHAL MARSHALL, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that defendant's motion to extend deadline in which to file sentencing motions (filing no. 147) is granted.

DATED this 23rd day of July, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge